**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000559
21-DEC-2022
07:56 AM
Dkt. 51 OAWST**

NO. CAAP-21-0000559

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ASSOCIATION OF APARTMENT OWNERS OF
LILIUOKALANI GARDENS, by its Board of Directors
Plaintiff-Appellee,
v.
NIKOLAS NIKOLAIDIS, dba TKO ENVIROWASTE EQUIPMENT
CONTRACTORS; TKO RUBBISH & RECYCLING EQUIPMENT LLC;
TERRI LO, Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CSP-21-0000209)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Wadsworth, Presiding Judge, and Nakasone and McCullen, JJ.)

Upon consideration of the December 12, 2022 Stipulation for Dismissal of Appeal with Prejudice filed by Plaintiff-Appellee Association of Apartment Owners of Liliuokalani Gardens, by its Board of Directors, the papers in support, and the record, it appears that:  (1) the appeal has been docketed; (2) the parties stipulate to dismiss this appeal with prejudice pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b) and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in this appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal with Prejudice is approved, and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, December 21, 2022.

/s/ Clyde J. Wadsworth
Presiding Judge


/s/ Karen T. Nakasone
Associate Judge


/s/ Sonja M.P. McCullen
Associate Judge